UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WENDALL HALL,

Plaintiff,

v. Case No.: 2:23-cv-105-SPC-KRH

MELINDA MASTERS *et al.*,

Defendants.
_______________________________/

## **OPINION AND ORDER**

Before the court are plaintiff Wendall Hall's Urgent Motion for Order (Doc. 113), Objections to Magistrate Report and Motion for Urgent Order (Doc. 117), Objections to Magistrate Order and "or" Supplemental Urgent Motion for Order (Doc. 118), and Supplemental Objections to Magistrate Report and Motion for Urgent Order (Doc. 120). Hall is a sexually violent predator confined to the Florida Civil Commitment Center (FCCC). He filed these four documents to address his current placement in administrative confinement due to a criminal complaint another FCCC resident made against him. Trial of this case is set for October, and Hall argues his confinement impairs his ability to prepare for trial. He also claims confinement is unwarranted because the criminal complaint has yet to result in charges.[1]

[1] Magistrate Judge Kevin Huguelet denied Hall's first motion for release from confinement because it did not contain the certification of conferral required by Local Rule 3.01(g). Hall

In response, the defendants state Hall was placed in special management after staff witnessed him assaulting another resident. The resident filed charges with the DeSoto County Sheriff's Office. FCCC policy requires Hall to remain in special management until the charges are resolved. If the state attorney elects not to pursue a criminal case against Hall, he will be released from special management to his usual room. The defendants also state that special management status does not prevent Hall from accessing his legal documents, submitting pleadings, receiving legal mail, making phone calls, or otherwise pursuing his pending legal actions.

Hall's filings bear that out. He has submitted 11 papers since first seeking release from confinement most of them were prepared on a computer and include cites to statues, rules, caselaw, and other documents filed in this case. In Doc. 124, Hall mentions he has contacted a potential expert witness and several potential fact witnesses. It is clear that Hall is able to perform legal research, speak with witnesses, and prepare documents. There is no evidence his placement in special management in impairing his ability to prepare for trial. Accordingly, Hall's four motions seeking release from special management (Docs. 113, 117, 118, and 120) are **denied**.

---

does not identify any factual or legal error in Judge Huguelet's ruling, and the Court finds Judge Huguelet properly applies Rule 3.01(g). Accordingly, Hall's objections are **overruled**.

**DONE and ORDERED** in Fort Myers, Florida on August 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record